UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL GRESHAM,

        Plaintiff,                      Case No. 1:16-cv-427

v.                                      Honorable Paul L. Maloney

GARY MINIARD et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the Order issued this date,

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.

Dated:  July 27, 2016                      /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge